UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

James L. Pazdral,

               Defendant.

---

7:17-MJ-8256(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 7, 2017, accepted the defendant's plea of guilty to a charge of violating NY Penal Law 1192.1 Driving while ability impaired, in full satisfaction of the Misdemeanor Complaint filed on November 6, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $300.00 to be paid by January 18, 2018 and ninety (90) days suspension of Driver's License. The defendant must also attend one (1) session of a Victim Impact Panel on December 21, 2017 and continue treatment.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: Nunc Pro Tunc to December 7, 2017
Poughkeepsie, N.Y.